sage PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 09/19/2026, Jesse Edwards

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Middle District of North Carolina .

Case number: 26-50744

Certificate number: NCM26-507445036249

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance